FILED —— ENTERED —— RECEIVED
—— SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 4 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:11-CR-230-GMN (CWH) |
| MARTIN EDWARD RODARTE, | ) ) ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

On January 27, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant MARTIN EDWARD RODARTE to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and the Bill of Particulars, and shown by the United States to have the requisite nexus to the offense to which defendant MARTIN EDWARD RODARTE pled guilty. Docket #1, #28, #29,#31.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 1, 2012, through February 1, 2012, notifying all third parties of their right to petition the Court. #30.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1    This Court finds no petitions are pending with regard to the assets named herein and the time
2    for presenting such petitions has expired.

3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6    32.2(c)(2); and Title 18, United States Code, Section 2253(a)(1) and (a)(3) and shall be disposed of
7    according to law and shall be disposed of according to law:

8    a)    all visual depictions described in Title 18, United States Code, Sections 2251,
9          2252, and 2252A;

10   b)    all items containing such visual depictions, which were transported, shipped
11         and received in violation of Title 18, United States Code, Section 2252A;

12   c)    all property, real or personal, used or intended to be used to commit or to
13         promote the commission of such offense or any property traceable to such
14         property, including but not limited to computer images, including movie files,
15         depicting a minor engaging in sexually explicit conduct and the diskettes and
16         hard drives on which they are maintained;

17   d)    Gateway desktop computer, bearing serial number 0028474537;

18   e)    LG cellular phone, bearing serial number 903KPAE620336;

19   f)    Attache 4GB thumb drive, serial number unknown; and

20   g)    Sony 2GB memory stick pro duo, bearing serial number
21         D602L5LFBSC2000000.

22   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
23   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
24   as any income derived as a result of the United States of America's management of any property
25   forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
26   according to law.

1    The Clerk is hereby directed to send copies of this Order to all counsel of record and three

2    certified copies to the United States Attorney's Office.

3    DATED this _____ day of _____ , 2012.

6    UNITED STATES DISTRICT JUDGE